**BLANK ROME LLP**
Cheryl S. Chang (SBN 237098)
Chang@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Keith A. Rutherford (*Pro Hac Vice*)
KRutherford@BlankRome.com
717 Texas Avenue, Suite 1400
Houston, TX 770002
Telephone: 713.228.6601
Facsimile: 713.228.6605

Amy Joseph Coles (*Pro Hac Vice*)
AColes@BlankRome.com
Union Trust Building
501 Grant Street, Suite 850
Pittsburgh, PA 15219
Telephone: 412.932.2800
Facsimile: 412.932.2777

Salvatore P. Tamburo (*Pro Hac Vice*)
STamburo@BlankRome.com
1825 Eye Street, NW
Washington D.C. 20001
Telephone: 202.420.2200
Facsimile: 202.420.2201

Attorneys for Defendants,
II-VI INCORPORATED and II-VI OPTICAL SYSTEMS, INC.

**CLOSED**

**O**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> II-VI INCORPORATED AND II-VI OPTICAL SYSTEMS, INC., <br><br> Defendants. | Case No. 5-18-cv-01798-CAS-SHKx <br><br> **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS II-VI INCORPORATED AND II-VI OPTICAL SYSTEMS, INC.** |

# [PROPOSED] JUDGMENT

The Court, having granted defendants II-VI Incorporated and II-VI Optical Systems, Inc.'s (collectively, "II-VI") Motion for Summary Judgment (Dkt. Nos. 137, 139), now enters judgment as follows:

Judgment is entered in favor of II-VI and against plaintiff Saint-Gobain Ceramics & Plastics, Inc. ("Saint-Gobain"), as to Saint-Gobain's three claims for patent infringement against II-VI in the complaint (Dkt. No. 1) ("Complaint") on file in this action.

Saint-Gobain shall take nothing by way of its Complaint against II-VI, and the Complaint shall be dismissed with prejudice as to II-VI.

**IT IS SO ORDERED, ADJUDGED AND DECREED**

Dated: April 19, 2019

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE