RECEIVED
CLERK, U.S. DISTRICT COURT

7/15/19

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MAT\_\_\_\_\_ DEPUTY

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAINT-GOBAIN CERAMICS & PLASTICS, INC.,**
*Plaintiff-Appellant*

v.

**II-VI INCORPORATED, II-VI OPTICAL SYSTEMS, INC.,**
*Defendants-Appellees*

---

2019-1819

---

Appeal from the United States District Court for the Central District of California in No. 5:18-cv-01798-CAS-SHK, Senior Judge Christina A. Snyder.

---

**ON MOTION**

---

**O R D E R**

The parties having so agreed,

IT IS ORDERED THAT:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear its own costs.

2      SAINT-GOBAIN CERAMICS v. II-VI INCORPORATED

FOR THE COURT

<u>July 15, 2019</u>   <u>/s/Peter R. Marksteiner</u>
Date     Peter R. Marksteiner
      Clerk of Court

**ISSUED AS A MANDATE:** July 15, 2019